IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KEVIN THEODORE COLEMAN                                                                                    PLAINTIFF

v.                                           NO. 3:25-cv-30 JM

POINSETT COUNTY JAIL                                                                                      DEFENDANT

ORDER

Plaintiff filed his pro se complaint against the Poinsett County Jail on February 12, 2025. He was advised of his duty pursuant to Local Rule 5.5(c)(2) to promptly notify the Clerk of any change in his address. (Doc. No. 2). On April 7, 2025, U.S. Magistrate Judge Patricia S. Harris entered Proposed Findings and Recommendations which were mailed to Plaintiff at his given address at the Poinsett County Detention Center on or about that same date. On April 21, 2024, the Court the mail was returned to the Court as undeliverable. (Doc. No. 8).

Plaintiff is directed to file a notice of his current mailing address no later than May 28, 2025. His failure to do so will result in the dismissal of his complaint.

IT IS SO ORDERED this 30th day of April, 2025.

_____
United States District Judge