IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KEVIN THEODORE COLEMAN                                                          PLAINTIFF

v.                                        NO. 3:25-cv-30 JM

POINSETT COUNTY JAIL                                                           DEFENDANT

## ORDER

Plaintiff has failed to file a notice with his current mailing address as directed by the Court in its order of April 30, 2024 (Doc. No. 10). Therefore, his complaint is dismissed without prejudice.

IT IS SO ORDERED this 2nd day of June, 2025.

_____
United States District Judge