IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KEVIN THEODORE COLEMAN                                          PLAINTIFF

v.                          NO. 3:25-cv-30 JM

POINSETT COUNTY JAIL                                            DEFENDANT

## JUDGMENT

For reasons stated in the order entered on this same day, Plaintiff's complaint is dismissed without prejudice.

IT IS SO ORDERED this 2nd day of June, 2025.

_____
United States District Judge